Kane Moon (Cal. Bar No. 249834)
kane.moon@moonyanglaw.com
Justin F. Marquez (Cal. Bar No. 262417)
justin.marquez@moonyanglaw.com
**MOON & YANG, APC**
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone:   (213) 232-3128
Facsimile:   (213) 232-3125
Attorneys for Plaintiffs MARK BRULEE and TULLY MANDIZHA

[*Additional counsel listed on next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BRULEE, TULLY MANDIZHA, and JEFFREY HUTTON, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DAL GLOBAL SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | Case No. 2:17-cv-06433-JVS (JCGx)<br><br>[Hon. James V. Selna]<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CLASS REPRESENTATIVE SERVICE PAYMENTS**<br><br>Date:　　　December 3, 2018<br>Time:　　　1:30 p.m.<br>Courtroom: 10C |

Matthew S. D'Abusco (Cal. Bar No. 251116)
Cynthia S. Sandoval (Cal. Bar No. 191390)
**ARES LAW GROUP, P.C.**
23 Corporate Plaza, Suite 150
Newport Beach, California 92660
Telephone: (949) 629-2519
Email: Matt@areslawgroup.com
Email: Cynthia@areslawgroup.com

Leslie J. Glyer (Cal. Bar No. 251226)
**LESLIE GLYER LAW, P.C.**
23 Corporate Plaza, Suite 150
Newport Beach, California 92660
Telephone: (949) 629-2527
Attorneys for Plaintiff Jeffrey Hutton
Email: leslie@caworkplacerights.com
Attorneys for Plaintiff JEFFREY HUTTON

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 3, 2018 at 1:30 p.m. or as soon thereafter as the matter can be heard in Courtroom 10C of the United States District Court for the Central District of California located at 411 West 4th Street, Santa Ana, California 92701-4516, Plaintiffs Mark Brulee, Tully Mandizha, and Jeffrey Huttton will, and hereby do, pursuant to Rule 23 of the Federal Rules of Civil Procedure, move for an order as follows:

1. Granting final approval of the terms of the Amended Stipulation of Settlement[1] ("Stipulation" or "Settlement") as fair, reasonable, and adequate to all Parties and all Class Members;

2. Finding that the Class Notices distributed to the Class Members pursuant to the Court's order granting preliminary approval constituted the best notice practicable under the circumstances to all Class Members;

3. Finally certifying the Class for settlement purposes only;

4. Directing that compensation to the Settlement Class Members be paid pursuant to the terms of the Stipulation;

5. Appointing Plaintiffs as Class Representatives for settlement purposes, and approving a Class Representative Service Award of $10,000.00 to each Plaintiff;

6. Approving the payment to the California Labor and Workforce Development Agency in the amount of $100,000.00;

7. Approving the Claims Administrator's costs and fees in the amount of $35,000.00 and an additional $5,000 if there is a second distribution as provided for in the Stipulation; and

8. Entering final judgment in the Action.[2]

---

[1] The Amended Stipulation of Settlement was filed with the Court on July 27, 2018 (Dkt. 36-2) and is also attached to the Declaration of Justin F. Marquez as Exhibit 1.

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND CLASS REPRESENTATIVE SERVICE PAYMENTS

1    This motion will be based on the accompanying Memorandum of Points
2    and Authorities, the Declarations of Justin F. Marquez, Mark Brulee, Tully
3    Mandizha, Jeffrey Hutton, and Emilio Cofinco, such oral argument as may be
4    heard by the Court, and all other papers on file in this action.

5    This motion is also made following the conference of counsel pursuant to
6    L.R. 7-3 which took place on October 29, 2018. Defendant indicated that it does
7    not oppose this motion.

Dated: November 5, 2018              Respectfully submitted,

                                     MOON & YANG, APC

                                     By: /s/ Justin F. Marquez
                                         Kane Moon
                                         Justin F. Marquez

                                     Attorneys for Plaintiffs MARK BRULEE
                                     and TULLY MANDIZHA

Dated: November 5, 2018              ARES LAW GROUP, P.C.

                                     By: /s/ Matthew S. D'Abusco
                                         Matthew S. D'Abusco
                                         Cynthia S. Sandoval

                                     Attorneys for Plaintiff JEFFREY
                                     HUTTON

Dated: November 5, 2018              LESLIE GLYER LAW, P.C.

                                     By: /s/ Leslie J. Glyer*
                                         Leslie J. Glyer

                                     Attorneys for Plaintiff JEFFREY
                                     HUTTON

*The filer attests that the signatory listed above concurs in the content of this document and has authorized its filing.

---

[2] On October 29, 2018, Plaintiffs filed a separate motion for approval of Class Counsel's attorneys' fees and costs. Dkt. 38.