JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BRULEE, TULLY MANDIZHA, and JEFFREY HUTTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAL GLOBAL SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:17-cv-06433-JVS (JCGx)<br><br>[Assigned to Hon. James V. Selna]<br><br>**JUDGMENT** |

# JUDGMENT

The Court hereby orders, adjudges, and decrees as follows:

1. On December 13, 2018, the Court granted final approval of the class action settlement in this matter (ECF No. 51).

2. The class action settlement agreement the Court approved provides for a judgment to be entered along with the final approval order, a judgment which the court now enters.

3. The Parties, their Counsel, and the Settlement Administrator shall take all steps necessary to implement and consummate the Settlement according to its terms and provisions.

4. Without affecting the finality of this Judgment or the Settlement, this Court shall retain continuing jurisdiction over the Parties to this action to ensure effectuation of the Settlement in accordance with the terms of the Settlement and this Judgment.

5. Judgment is hereby entered pursuant to the terms of the Settlement Agreement, attached as Exhibit 1 to the Declaration of Justin F. Marquez in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 39-2).

**IT IS SO ORDERED.**

Date: December 20, 2018

_____
Hon. James V. Selna
United States District Judge